THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE MISHKIN and VICTOR MISHKIN, Appellants.

Argued October 9, 1939; decided October 30, 1939.

*Bernard Shatzkin* and *Walter R. Hart* for appellants.

*William C. Chanler*, Corporation Counsel (*Stanley Buchsbaum*, *Charles E. Ramsgate* and *Silas S. Lippman* of counsel), for respondent.

As to each defendant, judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.